UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
EDWIN BLANCO,                                       :   Case No. 1:25-cv-502 LJV
                                                    :
                        *Plaintiff*,                :   **NOTICE OF DISMISSAL**
                                                    :   **WITH PREJUDICE**
v.                                                  :
                                                    :
DANIEL M. KEEM,                                     :
                                                    :
                        *Defendant*.                :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Edwin Blanco hereby voluntarily dismisses the above-captioned action in its

entirety, against all parties. The dismissal is with prejudice, and the parties bear their own fees

and costs.

Dated: July 28, 2025                    PERKOWSKI LEGAL, PC

                                        By:   /s/ Peter Perkowski
                                              Peter E. Perkowski (NY Bar Id #5934765)
                                        515 S. Flower Street, Suite 1800
                                        Los Angeles, CA 90071
                                        Tel: (213) 340-5796
                                        peter@perkowskilegal.com

                                        *Counsel for Plaintiff EDWIN BLANCO*

1